IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:17CR195
)
Kathren Warren )

## ORDER TERMINATING PROBATION

The above named was placed on Probation on April 10, 2019, for a period of 5 years. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Dated this 8th day of October, 2019

_____
United States District Judge